## Commonwealth ex rel. Seeley, Appellant, *v.* Rundle.

Submitted December 13, 1965.

*Harold J. Secley,* appellant, in propria persona; *Maurice L. Epstein,* District Attorney, for appellee.

Order affirmed.